**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-2263**

---

ELSWORTH M. MARSH,

Plaintiff - Appellant,

versus

DEPARTMENT OF VETERANS AFFAIRS; JESSE BROWN,
Secretary,

Defendants - Appellees.

---

**No. 95-2482**

---

ELSWORTH M. MARSH,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

---

Appeals from the United States District Court for the Northern District of West Virginia, at Martinsburg. Frederick P. Stamp, Jr., Chief District Judge; Irene M. Keely, District Judge. (CA-95-2-3, MISC-95-5)

---

Submitted: February 7, 1996          Decided: February 14, 1996

---

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

No. 95-2263 affirmed and No. 95-2482 dismissed by unpublished per curiam opinion.

Elsworth M. Marsh, Appellant Pro Se. Helen Campbell Altmeyer, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders dismissing his civil actions which claimed that he was improperly denied veteran's benefits. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, in No. 95-2263, we deny Appellant's motion to amend his petition and we affirm on the reasoning of the district court. <u>Marsh v. Department of Veterans Affairs</u>, No. CA-95-2-3 (N.D.W. Va. May 25, 1995). In No. 95-2482, we deny in forma pauperis status and dismiss the appeal of the reasoning of the district court. <u>Marsh v. United States</u>, No. MISC-95-5 (N.D.W. Va. June 29, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

No. 95-2263 - <u>AFFIRMED</u>

No. 95-2482 - <u>DISMISSED</u>

4